Judge Robert M. Dow, Jr

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that General Order 19-0029 was entered on September 16, 2019 identifying cases to form the initial calendar of the Hon. Steven C. Seeger; and

It further appearing that Judge Seeger recused himself from 15 CV 9086, *Edwards v. David et al* previously pending before the Hon. Robert M. Dow, Jr.; and

It further appearing that pursuant to Internal Operating Procedure 16(i) provided that 15 CV 9086 to be reassigned back to the calendar of Judge Dow; and

It further appearing that Judge Dow identify a case requiring like judicial effort for disposition to be reassigned to Judge Seeger; therefore

It is hereby ordered that the Clerk shall reassign 14 CV 1715, *Lane et al v. Money Masters, Inc. et al,* from Judge Dow to Judge Seeger as a replacement for 15 CV 9086.

.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 23rd day of September, 2019