UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMOND EDWARDS, | ) | |
| | ) | Case No. 15-cv-9086 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | |
| ERIC DAVID, et al., | ) | Hon. Susan E. Cox |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to Paragraph 5 of the Third Amended General Order 20-0012 (ECF No. 179), Plaintiff Demond Edwards and Defendant Eric David submit the following joint status report:

1. **Discovery**

Consistent with this Court's order on September 25, 2018 (ECF No. 97), fact discovery in this matter closed on October 31, 2018. The case was placed on a settlement track, and as set forth below, the Parties have been engaged in ongoing settlement efforts. (ECF No. 106).

2. **Motions**

There are no pending motions in this matter.

3. **Status of Settlement Efforts**

This case was referred to Hon. Susan E. Cox for purposes of settlement, and the Parties participated in a settlement conference on February 8, 2019. (ECF No. 118). The Parties did not reach a settlement agreement, but Plaintiff was permitted time to ascertain and attempt to reduce the amount of Plaintiff's outstanding child support payments in order to help facilitate the possibility for a resolution in this action. (*See* ECF Nos. 118, 121).

Plaintiff thereafter filed a motion in the Circuit Court of Cook County, Illinois on June 17, 2019 seeking to vacate one outstanding child support judgment for lack of personal jurisdiction. An evidentiary hearing on Plaintiff's motion was held on March 10, 2020, and Plaintiff is currently awaiting a decision. The next status hearing in the case has been postponed until June 8, 2020, due to the ongoing public health crisis caused by COVID-19.

Additionally, on April 26, 2019 Plaintiff filed a petition requesting a hearing to appeal the Illinois Department of Healthcare and Family Services' ("DHS") child support determination in a separate administrative case. A hearing was held before an administrative law judge on December 9, 2019 and continued to permit Plaintiff and DHS to explore a potential resolution. The continued administrative hearing is currently scheduled for May 18, 2020.

The Parties continue to believe the outcome of the above two child support matters may significantly affect the possibility of settlement in this matter.

4. **Other Issues**

Because the child support proceedings will not be resolved before June 8, 2020 at the earliest, the Parties believe that any hearing before that date would not be useful. The Parties propose a status hearing or status report deadline be set for a date after June 8, 2020. The Parties will inform the Court promptly if revisions to this schedule become necessary. There are no other issues that require the Court's attention and the Parties do not believe that a telephonic hearing with the Court is necessary at this time.

| | |
|---|---|
| Dated: May 15, 2020 | Respectfully submitted, |
| KWAME RAOUL<br>Illinois Attorney General | DEMOND EDWARDS |
|  /s/ *Kelly C. Bauer*<br>Kelly C. Bauer<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>General Law Bureau – Civil Rights Unit<br>100 W. Randolph St., 13th Floor<br>Chicago, IL 60601<br>(312) 814-3119<br>(312) 814-1154 (FAX)<br>Kbauer@atg.state.il.us |  /s/  *Leslie Kuhn-Thayer*<br>Richard A. Cederoth<br>Leslie Kuhn-Thayer<br>Jackson Garvey<br>Gabrielle Winslow<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>rcederoth@sidley.com<br>lkuhntha@sidley.com<br>jgarvey@sidley.com<br>gwinslow@sidley.com |
| *Attorney for Defendant ISP Trooper Eric David* | *Attorneys for Plaintiff Demond Edwards* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 15, 2020, I electronically filed the foregoing document, which will send a Notice of Electronic Filing to all counsel of record.

                                          /s/ *Leslie Kuhn-Thayer*